UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YAHWEH YAHWEH,

    Plaintiff,

v.

CASE NO.: 8:18-CV-2149-T-17SPF

YAHWEH BEN YAHWEH and
CHRISTOPHER FLAHERTY,

    Defendants.
_____/

## NOTICE OF SERVING OFFER OF JUDGMENT

Defendant, CHRISTOPHER FLAHERTY, by and through his undersigned counsel, hereby gives notice that the Plaintiff, YAHWEH YAHWEH, was served with an Offer of Judgment in accordance with Florida Statute § 768.79 and Rule 68, *Federal Rules of Civil Procedure.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by E-Mail to Alexander R. Hunt, Esq., Service.Hunt@gdinjurylaw.com, GOLDMAN & DASZKAL, P.A., 1630 W. Hillsboro Blvd., Deerfield Beach, FL 33442 (Attorney for Plaintiff) and **Alan K. Cooper, Esquire**, clwmail@nationwide.com, Law Offices of Marc M. Crumpton, Jr., 2203 N. Lois Avenue, Suite 707, Tampa, FL 33607 (Attorney for Defendant Yahweh), this 4th day of February, 2020.

    By: /s/ Dale L. Parker
        Dale L. Parker, Esquire
        FBN: 896845
        Service-dparker@bankerlopez.com
        Banker Lopez Gassler P.A.
        360 Central Avenue, Suite 700
        St. Petersburg, FL 33701
        Phone: (727) 825-3600
        Fax: (727) 821-1968
        Attorneys for Defendant Flaherty