**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

YAHWEH YAHWEH,

 Plaintiff,

v.              Case No: 8:18-cv-02149-TPB-SPF

YAHWEH BEN YAHWEH and
CHRISTOPHER FLAHERTY,

 Defendant.
_____/

## NOTICE OF SETTLEMENT

 Plaintiff, YAHWEH YAHWEH, through counsel, hereby file this Notice of Settlement. This matter has been amicably resolved by all parties and each party to bear their own attorney's fees and costs.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true copy of the foregoing has been furnished via designated email address to counsel on this 25th day of March, 2020 to: Alan K. Cooper, Esquire, Law Offices of Marc M. Crumpton, Jr., *Attorneys for Yahweh Ben Yahweh,* 13577 Feather Sound Drive, Ste 390, Clearwater, FL 33762-5547; coopea10@nationwide.com;  Dale Lee Parker, Esquire, Banker Lopez Gassler (St. Petersburg), *Attorneys for Christopher Flaherty,* 360 Central Avenue, Ste 700, St Petersburg, FL 33701-3835; service-dparker@bankerlopez.com.

              GOLDMAN & DASZKAL, P.A.
              Attorneys for Plaintiff
              1630 West Hillsboro Boulevard
              Deerfield Beach, FL 33442
              Telephone: (954) 428-9333
              Facsimile: (954) 428-9338
              Email: Service.Hunt@gdinjurylaw.com

              BY: */s/ Alexander R. Hunt*
              _____
               ALEXANDER R. HUNT, ESQ.
               FBN: 50206